UNITED STATES, Appellee

v

ALAN F. PITTS, Private, U. S. Army, Appellant

14 USCMA 327, 34 CMR 107

No. 17,217

December 20, 1963

*Colonel Joseph L. Chalk, Captain Gary G. Keltner*, and *Captain Ronald L. Gainer* were on the brief for Appellant, Accused.

*Lieutenant Colonel Francis M. Cooper* and *First Lieutenant Charles M. Pallesen, Jr.*, were on the brief for Appellee, United States.

Opinion of the Court

PER CURIAM:

This is a companion case to United States v McAndrews, 14 USCMA 327, 34 CMR 107, and presents the same issue of the applicability to courts-martial of 18 USC §§ 5031–5036, the Federal Juvenile Delinquency Act. In United States v Baker, 14 USCMA 311, 34 CMR 91, we held the Act does not apply to military trials. The decision of the board of review is, therefore, affirmed.